IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DONNA J. ALSTON | : | |
| Plaintiff | : | |
| v. | : | Civil No. 07-00122 (ESH) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | : | |
| | : | |
| Defendant | | |

**JOINT REPORT TO THE COURT COMPLIANCE IN COMPLIANCE WITH LOCAL RULE 16.3**

COMES NOW the Plaintiff, DONNA ALSTON, by and through counsel, VAN GRACK, AXELSON & WILLIAMOWSKY, P.C., and LEIZER GOLDSMITH, ESQ. and the Defendant, WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, by and through counsel, KATHLEEN A. CAREY, submits this report in compliance with Local Rule 16.3 of the Rules of the United States District Court for the District of Columbi and state that they have agreed as follows:

1. The parties do not anticipate filing any dispositive motions at this stage of the proceedings.

2. The parties do not contemplate joining any additional parties or filing any amendments to the pleadings at this juncture. However, if necessary, the Plaintiff will do so within the next 30 days.

3. The parties do not wish to assign this case to a Magistrate Judge.

4. At this point it is too early to determine the prospects for settlement. Counsel for the parties will be open to settlement discussions as discovery progresses.

5. At this point, the parties do not know if Alternative Dispute Resolution procedures

would be useful. As discovery progresses, however, and the parties begin settlement discussions, assistance from the Court might help the parties. The parties will let the Court know if an ADR referral would be helpful.

6. The parties request that the following deadlines be established regarding summary judgment:

    a) Defendant's Motion for Summary Judgment - 30 days after completion of discovery;

    b) Plaintiff's Opposition to Motion for Summary Judgment - 30 days thereafter;

    c) Defendant's Reply Memorandum - 10 days thereafter.

7. The parties agree not to exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

8. The parties request that the discovery remain open for 180 days after the initial status conference or through September 30, 2007.

9. That the parties agree as to the following timing for exchange of expert witness reports:

    a) Plaintiff's Expert Designation deadline -    07/30/2007

    b) Defendant's Expert Designation deadline -    09/15/2007

    c) Plaintiff's Rebuttal Designation deadline -    10/30/2007

10. The parties do not believe that any Protective Orders will be necessary.

11. The parties agree that at this time, it appears that the trial and/or discovery should not be bifurcated.

12. The parties agree that the Court should set a Pre-Trial Conference 60 days after

the close of discovery or 30 days after the Court rules on the Motion for Summary Judgment.

13. The parties request that the Court set a trial date after any ruling on Summary Judgment motions and after the Pre-Trial Conference is held.  The parties further request that the Court schedule a final Pre-Trial Conference 30 days prior to the trial date.

Respectfully submitted,

| | |
|---|---|
| **VAN GRACK, AXELSON, WILLIAMOWSKY, BENDER & FISHMAN, P.C.** | **THE GOLDSMITH LAW FIRM, LLC** |
| | By: __/S/_____<br>Leizer Goldsmith, Bar # 419544 |
| By: __/S/_____<br>Bruce M. Bender, Bar # 381319<br>401 N. Washington St., Suite 550<br>Rockville, MD 20850<br>Office (301) 738-7660<br>**Attorneys for Plaintiff** | 5335 Wisconsin Avenue, NW, Suite 440<br>Washington, D.C. 20015<br>Office (202) 895-1506<br>**Attorneys for Plaintiff** |

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

By: __/S/_____
Kathleen A. Carey, Bar # 357990
Assistant General Counsel
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-1496
**Attorneys for the Defendant**