**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DONNA J. ALSTON                          :

       Plaintiff                          :

v.                                       :        Civil No. 07-00122 (ESH)

WASHINGTON METROPOLITAN                  :
AREA TRANSIT AUTHORITY
                                         :
       Defendant

## MOTION FOR EXTENSION OF TIME OF THE EXPERT DESIGNATION DATES BY CONSENT

COMES NOW the Plaintiff, DONNA ALSTON, by and through counsel, VAN GRACK, AXELSON, WILLIAMOWSKY, BENDER & FISHMAN, P.C., and THE GOLDSMITH LAW FIRM, with the consent of the Defendant, WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, and moves for an extension of time for the expert designation dates in this matter and states as follows:

1. This Court issued an Initial Scheduling Order setting forth the Expert Designation dates as follows:

    A) Plaintiff's Expert Designation . . . . . . . . . . . . . . . . . . . July 30, 2007

    B) Defendant's Expert Designation . . . . . . . . . . . . . August 30, 2007

2. Because of Counsels' busy trial schedule as well as the experts' schedule, the parties hereby request an additional 30 days to designate experts in this matter.

3. The Defendant fully consents to an extension of time of the expert designation dates.

4. Specifically, Plaintiff proposes new dates as follows:

    A) Plaintiff's Expert Designation date . . . . . . . . . . . . . . . . . . August 30, 2007

B)    Defendant's Expert Designation date . . . . . . . . . . .   September 30, 2007

5.   An extension of the dates will not affect the discovery deadline or the other dates in this matter.

WHEREFORE, Plaintiff hereby respectfully requests this Court with consent of Defendant to issue an Order granting an extension of time of the expert designation dates by 30 days.

Respectfully submitted,

| | |
|---|---|
| **VAN GRACK, AXELSON, WILLIAMOWSKY, BENDER & FISHMAN, P.C.** | **THE GOLDSMITH LAW FIRM, LLC** |
| /S/ | /S/ |
| Bruce M. Bender, Bar # 381319 | Leizer Goldsmith, Bar # 419544 |
| 401 N. Washington St., Suite 550 | 5335 Wisconsin Avenue, NW, |
| Rockville, MD 20850 | Suite 440 |
| (301) 738-7660 | Washington, D.C. 20015 |
| Attorneys for Plaintiff | (202) 895-1506 |
| | Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of July 2007, a copy of the foregoing was mailed, postage prepaid to:

Kathleen A. Carey, Esq.
Assistant General Counsel
Washington Metropolitan Area Transit Authority
600 Fifth Street, N.W.
Washington, D.C. 20001

/S/
Bruce M. Bender

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DONNA J. ALSTON | : |
| Plaintiff | : |
| v. | : Civil No. 07-00122 (ESH) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | : |
| | : |
| Defendant | |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion for Extension of the Expert Designation Dates by Consent, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia,

ORDERED: that Plaintiff's Motion is granted and the Expert Designation dates shall be extended as follows:

    A)    Plaintiff's Expert Designation . . . . . . . . . . . . . . . . . . . . . August 30, 2007

    B)    Defendant's Expert Designation . . . . . . . . . . . . . . . September 30, 2007

_____
Honorable Ellen Segal Huvelle