IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DONNA J. ALSTON | : | |
| Plaintiff | : | |
| v. | : | Civil No. 07-00122 (ESH) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | : | |
| | : | |
| Defendant | | |

**MOTION FOR EXTENSION OF EXPERT AND DISCOVERY DEADLINES BY CONSENT**

COMES NOW the Plaintiff, DONNA ALSTON, and moves for an extension of time of the discovery deadline and expert disclosure deadlines in this matter and states as follows:

1. The current Scheduling Oder has the following deadlines:

    a) Plaintiff's Expert Designation . . . . . . . . . . . . . . . . . . . . . . August 30, 2007

    b) Defendant's Expert Designation . . . . . . . . . . . . . . . September 30, 2007

    c) Completion of Discovery . . . . . . . . . . . . . . . . . . . . . . . . October 1, 2007

2. Plaintiff has been diligently attempting to file her expert disclosure statement. However, Plaintiff is unable to file the expert disclosure statement by August 30, 2007 because one of Plaintiff's experts, a vocational rehabilitation expert needed to review numerous documents recently compiled and provided by the Defendant.

3. The Defendant diligently in good faith provided these documents to Plaintiff on August 22, 2007 and therefore, Plaintiff's expert needs more time to complete her report.

4.  Once Plaintiff's vocational rehabilitation expert completes her report, then the Plaintiff also will be requesting an economist to prepare a report on damages. Said economist's report cannot be completed until the vocational expert's report is completed. Plaintiff anticipates it will take 30 to 45 days to complete these reports.

5.  Since the Plaintiff needs additional time to designate her experts, the parties contemplate that discovery cannot be completed by October 1, 2007 because the experts will have to be deposed.

6.  Accordingly, Plaintiff requests through the consent of the Defendant the following modification of the Scheduling Order:

    a)  Plaintiff's Expert Designation . . . . . . . . . . . . . . . . . . . . . October 15, 2007

    b)  Defendant's Expert Designation . . . . . . . . . . . . . . . November 15, 2007

    c)  Completion of Discovery . . . . . . . . . . . . . . . . . . . . . . December 1, 2007

7.  The Defendant fully consents to the modification of the Scheduling Order as set forth above.

WHEREFORE, Plaintiff Donna Alston, respectfully requests that the Court modify the Scheduling Order as follows:

    a)  Plaintiff's Expert Designation . . . . . . . . . . . . . . . . . . . . . October 15, 2007

    b)  Defendant's Expert Designation . . . . . . . . . . . . . . . November 15, 2007

    c)  Completion of Discovery . . . . . . . . . . . . . . . . . . . . . . December 1, 2007

                                            Respectfully submitted,

| | |
|---|---|
| **VAN GRACK, AXELSON, WILLIAMOWSKY, BENDER & FISHMAN, P.C.** | **THE GOLDSMITH LAW FIRM, LLC** |
| /S/ | /S/ |
| Bruce M. Bender, Bar # 381319 | Leizer Goldsmith, Bar # 419544 |
| 401 N. Washington St., Suite 550 | 5335 Wisconsin Avenue, NW, #440 |
| Rockville, MD 20850 | Washington, D.C. 20015 |
| (301) 738-7660 | (202) 895-1506 |
| Attorneys for Plaintiff | Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of August 2007, a copy of the foregoing was mailed, postage prepaid to:

Kathleen A. Carey, Esq.
Assistant General Counsel
Washington Metropolitan Area Transit Authority
600 Fifth Street, N.W.
Washington, D.C. 20001

                                            /S/
                                            Bruce M. Bender

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DONNA J. ALSTON | : | |
| Plaintiff | : | |
| v. | : | Civil No. 07-00122 (ESH) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | : | |
| | : | |
| Defendant | | |

## ORDER

UPON RECONSIDERATION of Plaintiff's Motion for Modification of the Scheduling Order with Consent of Defendant, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia,

ORDERED: that Plaintiff's Motion by Consent is granted, and it is further,

ORDERED: that the Scheduling Order shall be modified as follows:

    a)    Plaintiff's expert designation of October 15, 2007;

    b)    Defendant's expert designation November 15, 2007; and

    c)    Completion of Discovery December 1, 2007

_____
Judge Ellen Segal Huvelle