UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | | |
|---|---|---|
| DONNA J. ALSTON | : | |
| | : | |
| | : | |
| Plaintiff | : | Civil Action No.:1:07cv00122(ESH) |
| | : | |
| v. | : | |
| | : | |
| WASHINGTON METROPOLITAN AREA | : | |
| TRANSIT AUTHORITY | : | |
| | : | |
| Defendant. | : | |

DEFENDANT'S MOTION TO ENLARGE DISCOVERY DATES

The defendant, through counsel, and pursuant to Fed. R. Civ. P. 6(b)(1), comes before this Court and requests a modification of remaining deadlines in the above-captioned matter.   Specifically, Defendant requests an enlargement of time from November 15, 2007 to December 31, 2007 within which to identify expert witnesses; from December 1, 2007 to January 31, 2008 within which to complete discovery and from December 30, 2007 to February 15, 2008 for the filing of dispositive motions.

As support for this request, the Defendant refers the Court to the Memorandum of Points and Authorities filed in support hereof.

Plaintiff's counsel consents to the relief requested.

The Court modified scheduling order dates once before by Minute Order entered on August 28, 2007.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
  TRANSIT AUTHORITY


/s/_____
Kathleen A. Carey
Unified Bar No. 357990
Assistant General Counsel
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-1496
Attorneys for Defendant WMATA
Kcarey@wmata.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Motion to Enlarge Dates was sent by email to CORLISSV @ ATT this 15th day of November, 2007 to:

Bruce M. Bender
Van Grack, Axelson, Williamowsky,
Bender & Fishman, P.C.
4 01 N. Washington Street
Suite 550
Rockville, MD 20850


Leizer Goldsmith
The Goldsmith Law Firm, LLC
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20004-1109

_____/s/_____
_____Kathleen A. Carey

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

DONNA J. ALSTON                         :
                                        :
                                        :
            Plaintiff                   :        Civil Action No.:1:07cv00122(ESH)
                                        :
            v.                          :
                                        :
WASHINGTON METROPOLITAN AREA:
TRANSIT AUTHORITY                       :
                                        :
            Defendant.                  :

DEFENDANT'S MEMORANDUM IN SUPPORT OF THE
MOTION TO ENLARGE DISCOVERY DATES

The defendant, through counsel, and pursuant to Fed. R. Civ. P. 6(b)(1),

comes before this Court and requests a modification of remaining deadlines in the

above-captioned matter.

Defendant only recently was able to complete the deposition of the Plaintiff, Ms.

Alston. Over the course of the two days of deposition, Ms. Alston testified to recent

health care by numerous medical care providers who had not previously been disclosed

in response to written discovery requests, and whose medical records neither counsel

has in their custody.   In addition, during that deposition, Ms. Alston testified that there

were additional jobs to which she had applied in both 2006 and 2007 that were not

reflected in the Defendant's discovery responses to discovery requests.    Information

regarding each matter is central to some of the issues presented by this litigation.   The

information regarding the posting of those jobs, each application allegedly filed by Ms.

Alston for those jobs, the selection packet compiled in making the selection to fill those

positions have all been requested and the Defendant is in the process of compiling this information, but has not yet been able to provide the information to Plaintiff's counsel. Both Plaintiff's vocational rehabilitation expert, Lee Mintz, and the Defendant's vocational rehabilitation expert who is reviewing the case, need these additional documents to complete their reviews.

There remain numerous depositions which the Plaintiff has asked to conduct of at least three WMATA employees including one former employee.   The Defendant would like the opportunity to depose the Plaintiff's  vocational rehabilitation expert, Lee Mintz.

The current deadline for the close of discovery, which is November 30, 2007, does not provide sufficient time to complete the remaining discovery that needs to be completed.

The Defendant also anticipates filing a dispositive motion following the close of discovery.  The current deadline for filing motions is December 30, 2007.   The Defendant is requesting that that deadline be extended to February 15, 2008.

For the reasons stated herein, and for any other reason which the Court deems just and equitable, the Defendant, with the consent of the Plaintiff, requests an enlargement of the remaining scheduling dates in this case.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
 TRANSIT AUTHORITY

/s/ _____
Kathleen A. Carey
Unified Bar No. 357990
Assistant General Counsel
600 Fifth Street, N.W.

Washington, D.C.  20001
(202) 962-1496
Attorneys for Defendant WMATA
Kcarey@wmata.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

DONNA J. ALSTON                          :
                                         :
                                         :
        Plaintiff                        :        Civil Action No.:1:07cv00122(ESH)
                                         :
        v.                               :
                                         :
WASHINGTON METROPOLITAN AREA:
TRANSIT AUTHORITY                        :
                                         :
        Defendant.                       :

O R D E R

This matter came before the Court on the consent motion to enlarge the

remaining scheduling dates in this case.  After considering the motion, the consent

thereto and the record in this case, the Court finds and concludes that the motion

should be granted.

Therefore, it is this _____ Day of _____, 2007

ORDERED that the motion to enlarge dates is granted, and it is

FURTHER ORDERED that the Scheduling Order is modified as follows:

a) Defendant's expert designation by December 31, 2007;

b) Completion of discovery by January 31, 2008; and

c) Deadline for filing dispositive motions by February 15, 2008.

_____
Judge Ellen Segal Huvelle

copy to:
Bruce M. Bender
Van Grack, Axelson, Williamowsky,
Bender & Fishman, P.C.
4 01 N. Washington Street
Suite 550
Rockville, MD 20850


Leizer Goldsmith
The Goldsmith Law Firm, LLC
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20004-1109


Kathleen A. Carey
Assistant General Counsel
WMATA
600 5th Street, N.W.
Second Floor
Washington, D.C. 20001