UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| DONNA J. ALSTON : | |
| : | |
| Plaintiff : | Civil Action No.:1:07cv00122(ESH) |
| : | |
| v. : | |
| : | |
| WASHINGTON METROPOLITAN AREA : | |
| TRANSIT AUTHORITY : | |
| : | |
| Defendant. : | |

## DEFENDANT'S FURTHER CONSENT MOTION TO ENLARGE TIME WITHIN WHICH TO IDENTIFY EXPERT WITNESSES

The defendant, through counsel, and pursuant to Fed. R. Civ. P. 6(b)(1), comes before this Court and requests a further modification of the deadlines within which the Defendant is to identify expert witnesses in the above-captioned matter. Specifically, Defendant requests an enlargement of time from December 31, 2007 to January 18, 2008 within which to identify expert witnesses.

As support for this request, the Defendant refers the Court to the Memorandum of Points and Authorities filed in support hereof.

Plaintiff's counsel consents to the relief requested.

The Court modified previous scheduling order dates by Minute Order entered on August 28, 2007 and again by Minute Order on November 16, 2007.

>Respectfully submitted,
>
>WASHINGTON METROPOLITAN AREA
>  TRANSIT AUTHORITY
>
>/s/ _____
>Kathleen A. Carey
>Unified Bar No. 357990
>Assistant General Counsel
>600 Fifth Street, N.W.
>Washington, D.C. 20001
>(202) 962-1496
>Attorneys for Defendant WMATA
>Kcarey@wmata.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Further Motion to Enlarge Date Within Which to Identify Expert Witnesses was sent by email to CORLISSV @ ATT this 31st day of December, 2007 to:

Bruce M. Bender
Van Grack, Axelson, Williamowsky,
Bender & Fishman, P.C.
4 01 N. Washington Street
Suite 550
Rockville, MD 20850


Leizer Goldsmith
The Goldsmith Law Firm, LLC
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20004-1109

>_____/s/_____
>Kathleen A. Carey

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| DONNA J. ALSTON : | |
| : | |
| Plaintiff : | Civil Action No.:1:07cv00122(ESH) |
| : | |
| v. : | |
| : | |
| WASHINGTON METROPOLITAN AREA : | |
| TRANSIT AUTHORITY : | |
| : | |
| Defendant. : | |

### DEFENDANT'S MEMORANDUM IN SUPPORT OF THE MOTION TO ENLARGE DATE TO IDENTIFY EXPERT WITNESSES

The defendant, through counsel, and pursuant to Fed. R. Civ. P. 6(b)(1), comes before this Court and requests a modification of the defendant's deadline within which to identify expert witnesses in the above-captioned matter to and including January 18, 2008.

During the deposition of Ms. Alston, she testified that there were additional jobs to which she had applied in both 2006 and 2007 that were not reflected in the Defendant's discovery responses to Plaintiff's discovery requests. Information regarding each position is central to the issues presented by this litigation. Plaintiff's expert Vocational Rehabilitation Expert has reviewed the list of additional jobs and identified a discrete number of additional positions for which Ms. Alston may have been qualified. From that list, counsel for Defendant will produce job descriptions for each. Following the production of that information, which defense counsel anticipates will be completed by January 4, 2008, Plaintiff's expert will then determine if any are to be

added to the original six (6) positions identified earlier by the Plaintiff at issue in this litigation . Both Plaintiff's vocational rehabilitation expert, Lee Mintz, and the Defendant's vocational rehabilitation expert who is reviewing the case, will need any further documents which are identified in order to review them and complete their reports.

There also remain numerous depositions which the Plaintiff has asked to conduct of at least three current WMATA employees and possibly one former employee. Three of those depositions are now scheduled for January 11, 2008. The Defendant would also like the opportunity to depose the Plaintiff's vocational rehabilitation expert, Lee Mintz, if possible, before finalizing its expert witness statement and the accompanying report.

The current deadline for the defendant to identify expert witnesses is December 31, 2007.

For the reasons stated herein, and for any other reason which the Court deems just and equitable, the Defendant, with the consent of the Plaintiff, requests an enlargement of time within which to identify expert witnesses in this case to and including January 18, 2008.

        Respectfully submitted,
        WASHINGTON METROPOLITAN AREA
         TRANSIT AUTHORITY

        /s/_____
        Kathleen A. Carey
        Unified Bar No. 357990
        600 Fifth Street, N.W.
        Washington, D.C. 20001
        (202) 962-1496
        Attorneys for Defendant WMATA
        Kcarey@wmata.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | | |
|---|---|---|
| DONNA J. ALSTON | : | |
| | : | |
| Plaintiff | : | Civil Action No.:1:07cv00122(ESH) |
| | : | |
| v. | : | |
| | : | |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | : | |
| | : | |
| Defendant. | : | |

O R D E R

This matter came before the Court on the consent motion to enlarge the date within which the Defendant is to identify expert witnesses. After considering the motion, the consent thereto and the record in this case, the Court finds and concludes that the motion should be granted.

Therefore, it is this _____ Day of _____, 200

ORDERED that the motion to enlarge the date within which Defendant is to identify expert witnesses is granted, and it is

FURTHER ORDERED that the Scheduling Order is modified as follows:

a) Defendant's expert designation by January 15, 2008

All other dates remain the same.

_____
Judge Ellen Segal Huvelle

copy to:
Bruce M. Bender
Van Grack, Axelson, Williamowsky,
Bender & Fishman, P.C.
4 01 N. Washington Street
Suite 550
Rockville, MD 20850


Leizer Goldsmith
The Goldsmith Law Firm, LLC
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20004-1109


Kathleen A. Carey
Assistant General Counsel
WMATA
600 5th Street, N.W.
Second Floor
Washington, D.C. 20001