## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DONNA J. ALSTON                          :

        Plaintiff                    :

v.                                       :       Civil No. 07-00122 (ESH)

WASHINGTON METROPOLITAN                  :
AREA TRANSIT AUTHORITY
                                         :
        Defendant

### MOTION FOR EXTENSION OF DEADLINES
### BY CONSENT

COMES NOW the Plaintiff, DONNA ALSTON, by and through counsel,

AXELSON, WILLIAMOWSKY, BENDER & FISHMAN, P.C., with consent of the

Defendant in this matter and moves for an extension of the deadlines in this case and

states as follows:

1.    This is an employment discrimination case and the parties have been diligently

    cooperating to complete discovery.

2.    At the present time, Plaintiff still needs to schedule a corporate designee

    deposition of the Defendant and review additional documents of the Defendant.

3.    Accordingly, the parties jointly request a 30 day extension of time to complete

    discovery in this matter.

4.    In addition, the current filing deadline for dispositive motions is February 15,

    2008.

5.    Both parties intend to file Cross Motions for Summary Judgment and need

    additional time because of busy trial schedules to complete said motions.

6.    Further, the parties are discussing settlement and need more time to do so

before filing dispositive motions.

7.    The parties jointly propose the following schedule regarding dispositive motions:

    a)    Defendant's Motion for Summary Judgment . . . . . . . . . . . . . April 4, 2008

    b)    Plaintiff's Cross Motion for Summary Judgment  . . . . . . . . . April 22, 2008

    c)    Defendant's Opposition Brief and Reply Brief . . . . . . . . . . . . May 6, 2008

    d)    Plaintiff's Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 13, 2008

8.    That it is in the interest of justice to grant this extension of time for the dispositive

motion deadlines since discovery has not been completed and the parties are

discussing settlement.

WHEREFORE, the Plaintiff with consent of the Defendant hereby request an Extension

of Deadlines as set forth in this Motion.

                                Respectfully submitted,

**AXELSON, WILLIAMOWSKY,**        **THE GOLDSMITH LAW FIRM, LLC**
**BENDER & FISHMAN, P.C.**


/S/_____        /S/_____
Bruce M. Bender, Bar # 381319        Leizer Goldsmith, Bar # 419544
401 N. Washington St., Suite 550      5335 Wisconsin Avenue, NW, #440
Rockville, MD 20850               Washington, D.C. 20015
(301) 738-7660                  (202) 895-1506
Attorneys for Plaintiff             Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of February 2008, a copy of the foregoing was mailed, postage prepaid to:

Kathleen A. Carey, Esq.
Assistant General Counsel
Washington Metropolitan Area Transit Authority
600 Fifth Street, N.W.
Washington, D.C. 20001

/S/_____
Bruce M. Bender

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DONNA J. ALSTON                          :

        Plaintiff                     :

v.                                       :      Civil No. 07-00122 (ESH)

WASHINGTON METROPOLITAN                  :
AREA TRANSIT AUTHORITY
                                         :
        Defendant

## <u>ORDER</u>

UPON CONSIDERATION of Plaintiff's Motion for Extension of Deadlines with Consent of the Defendant, it is this _____ day of _____, 2008, by the U.S. District Court for the District of Columbia,

ORDERED: that Plaintiff's Motion is granted and the discovery deadlines shall be extended by 30 days, and it is further,

ORDERED: that the dispositive motions deadlines shall be as follows:

a)  Defendant's Motion for Summary Judgment . . . . . . . . . . . . April 4, 2008

b)  Plaintiff's Cross Motion for Summary Judgment  . . . . . . . . . April 22, 2008

c)  Defendant's Opposition Brief and Reply Brief . . . . . . . . . . . May 6, 2008

d)  Plaintiff's Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 13, 2008

_____
Honorable Ellen S. Huvelle