UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | | |
|---|---|---|
| DONNA J. ALSTON | : | |
| | : | |
| Plaintiff | : | Civil Action No.:1:07cv00122(ESH) |
| | : | |
| v. | : | |
| | : | |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | : | |
| | : | |
| Defendant. | : | |

CONSENT MOTION TO EXTEND MOTIONS DEADLINES

The Defendant, through counsel, pursuant to Fed. R. Civ. P. 6(b)(2), for good cause shown, comes before this Court and requests a modification of deadlines for the filing of dispositive motions, oppositions thereto and reply briefs. Defendant's dispositive motion was to be filed on or before April 4, 2008 with Plaintiff's cross-motion and opposition due on or before April 22, 2008. Due to the press of other litigation matters and limited remaining discovery issues, the Defendant did not file a dispositive motion at that time.

Additionally, counsel for the Plaintiff has requested an opportunity to question a corporate designee for the Defendant WMATA on two discrete but relevant issues. Those issues are:

1) Whether or not the Plaintiff met the minimum qualifications for all jobs identified by Lee Mintz [Plaintiff's expert witness] in her report of August 31, 2007 and her supplemental report, as well as her deposition.

2) Who was selected for each job and what were the qualifications of each person compared to the Plaintiff. The Defendant will identify a WMATA employee who can respond to each request. It is anticipated that the deposition of the Corporate Designee can be completed on or before April 24, 2008.

The Defendant requests, therefore, that the deadline for filing dispositive motions be extended to and including April 30, 2008, that the date for Plaintiff to file an opposition and cross-motion be extended to June 5, 2008, that the deadline for any reply and opposition by the defendant to be extended to June 13, 2008 and any reply by the Plaintiff be extended to June 23, 2008.

As support for this request, the Defendant refers the Court to the Memorandum of Points and Authorities filed in support hereof.

Plaintiff's counsel consents to the relief requested.

                                      Respectfully submitted,

                                      WASHINGTON METROPOLITAN AREA
                                       TRANSIT AUTHORITY

                                      /s/
                                      Kathleen A. Carey
                                      Unified Bar No. 357990
                                      Assistant General Counsel
                                      600 Fifth Street, N.W.
                                      Washington, D.C.  20001
                                      (202) 962-1496
                                      Attorneys for Defendant WMATA
                                      Kcarey@wmata.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Consent Motion to Enlarge Motions Deadlines was sent by email to CORLISSV @ ATT this 21st day of April, 2008 to:

Bruce M. Bender
Van Grack, Axelson, Williamowsky,
Bender & Fishman, P.C.
4 01 N. Washington Street
Suite 550
Rockville, MD 20850


Leizer Goldsmith
The Goldsmith Law Firm, LLC
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20004-1109

                                                                        /s/
                                             Kathleen A. Carey

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | | |
|---|---|---|
| DONNA J. ALSTON | : | |
| | : | |
| Plaintiff | : | Civil Action No.:1:07cv00122(ESH) |
| | : | |
| v. | : | |
| | : | |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | : | |
| | : | |
| Defendant. | : | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE
CONSENT MOTION TO EXTEND MOTIONS DEADLINES

Fed. R. Civ. P. 6(b)(2).

        Respectfully submitted,

        WASHINGTON METROPOLITAN AREA
         TRANSIT AUTHORITY


        /s/ _____
        Kathleen A. Carey
        Unified Bar No. 357990
        Assistant General Counsel
        600 Fifth Street, N.W.
        Washington, D.C.  20001
        (202) 962-1496
        Attorneys for Defendant WMATA
        Kcarey@wmata.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | | |
|---|---|---|
| DONNA J. ALSTON | : | |
| | : | |
| Plaintiff | : | Civil Action No.:1:07cv00122(ESH) |
| | : | |
| v. | : | |
| | : | |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | : | |
| | : | |
| Defendant. | : | |

<u>O R D E R</u>

This matter came before the Court on the Defendant's consent motion to modify the deadlines for filing dispositive motions, oppositions thereto and reply briefs. After considering the motion, the consent thereto and the record in this case, the Court finds and concludes that the motion should be granted.

Therefore, it is this _____ Day of _____, 2008

ORDERED that the motion to modify deadlines for filing motions, oppositions and replies is granted, and it is

FURTHER ORDERED that the Scheduling Order is modified as follows:

a) Deadline for Defendant to file dispositive motion - April 30, 2008,

b) Deadline for Plaintiff to file a cross-motion and an opposition to Defendant's motion  - June 5, 2008,

c) Deadline for Defendant's Reply to Plaintiff's opposition and Defendant's opposition to Plaintiff's motion  - June 13, 2008, and

d) Deadline for Plaintiff's Reply to Defendant's opposition - June 23, 2008.

                                                Judge Ellen Segal Huvelle

copy to:
Bruce M. Bender
Van Grack, Axelson, Williamowsky,
Bender & Fishman, P.C.
4 01 N. Washington Street
Suite 550
Rockville, MD 20850


Leizer Goldsmith
The Goldsmith Law Firm, LLC
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20004-1109


Kathleen A. Carey
Assistant General Counsel
WMATA
600 5th Street, N.W.
Second Floor
Washington, D.C. 20001