UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONNA J. ALSTON,                )
                                )
    Plaintiff,                  )
                                )
    v.                          )        CA 07-0122 (ESH)
                                )
WASHINGTON METROPOLITAN AREA    )
TRANSIT AUTHORITY,              )
                                )
    Defendant.                  )

**CONSENT MOTION FOR EXTENSION OF TIME**

COMES NOW, the Defendant Washington Metropolitan Area Transit Authority ("WMATA"), by and through counsel, and moves this Court for entry of an Order amending the deadline for filing its Motion for Summary Judgment. The Motion for Summary Judgment is presently due to be filed on May 2, 2008. Counsel's prior travel plans and the press of other assignments necessitate an extension of two business days in which to complete this filing.

In accordance with LCvR 7.1(m), Defendant has consulted with Plaintiff's counsel who has consented to this motion.

**POINTS AND AUTHORITIES**

Fed. R. Civ. P. 6 and the inherent power of this court to manage its docket.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
 TRANSIT AUTHORITY

/s/   Kathleen A. Carey
Kathleen A. Carey
Unified Bar No. 357990
Assistant General Counsel
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-1496
Kcarey@wmata.com

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DONNA J. ALSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CA 07-0122 (ESH) |
| | ) |
| WASHINGTON METROPOLITAN AREA | ) |
| TRANSIT AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION FOR EXTENSION OF TI ME**

_____Upon consideration of Defendant's Consent Motion for Extension of Time and good cause having been demonstrated, it is by the Court this ____ day of _____ 2008;

ORDERED that the Motion for Extension of Time is GRANTED; and it is

FURTHER ORDERED that Defendant shall file its motion for summary judgment on or before May 6, 2008.

_____
Judge Ellen S. Huvelle
UNITED STATES DISTRICT JUDGE