**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DONNA J. ALSTON | : | |
| Plaintiff | : | |
| v. | : | Civil No. 07-00122 (ESH) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | : | |
| | : | |
| Defendant | | |

**MOTION FOR EXTENSION OF TIME**
**BY CONSENT**

COMES NOW the Plaintiff, DONNA ALSTON, by and through counsel,

AXELSON, WILLIAMOWSKY, BENDER & FISHMAN, P.C., and moves of an extension

of time to Plaintiff's Cross Motion for Summary Judgment and Opposition to

Defendant's Motion for Summary Judgment with consent of the Defendant and states

as follows:

1.    The parties original agreed that the Defendant would file its Motion for Summary

Judgment on or before April 30, 2008 and Plaintiff would file her Motion for

Summary Judgment on or before June 5, 2008.

2.    The Defendant did not file its Motion by April 30, 2008 but requested an

extension of time and eventually filed its Motion for Summary Judgment and

Memorandum, one week later on May 6 and 7, 2008 respectively.

3.    Shortly after Defendant filed its Motion for Summary Judgment, Plaintiff's

counsel went on an extended two week vacation in Europe and only returned to

the office on May 27, 2008.

4.    Accordingly, Plaintiff needs further time to file her Cross Motion for Summary

Judgment and Opposition to the Motion for Summary Judgment because the

Defendant filed its Motion just shortly before Plaintiff's counsel went on vacation.

5.      Plaintiff seeks an extension of time through June 12, 2008 to file her Cross

Motion for Summary Judgment and Opposition to Defendant's Motion for

Summary Judgment.

6.      Defendant has consented to this motion and the parties have agreed to the

following schedule:

        a)      Plaintiff's Cross Motion for Summary Judgment and
            Opposition to Motion for Summary Judgment   . . . . . June 12, 2008

        b)      Defendant's Reply and Opposition Brief . . . . . . . . . . June 20, 2008

        c)      Plaintiff's Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . June 27, 2008

7.      Accordingly, the interests of justice mandate that this extension of the briefing

schedule be granted.

WHEREFORE, Plaintiff, with consent of the Defendant, respectfully requests that her

Motion for Extension of Time be granted in conformance with this Motion.

                        Respectfully submitted,

**VAN GRACK, AXELSON,**               **THE GOLDSMITH LAW FIRM, LLC**
**WILLIAMOWSKY, BENDER**
**& FISHMAN, P.C.**


/S/                                                  /S/
Bruce M. Bender, Bar # 381319          Leizer Goldsmith, Bar # 419544
401 N. Washington St., Suite 550        5335 Wisconsin Avenue, NW, #440
Rockville, MD 20850                        Washington, D.C. 20015
(301) 738-7660                              (202) 895-1506
Attorneys for Plaintiff                      Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of May 2008, a copy of the foregoing was mailed, postage prepaid to:

Kathleen A. Carey, Esq.
Assistant General Counsel
Washington Metropolitan Area Transit Authority
600 Fifth Street, N.W.
Washington, D.C. 20001


/S/
Bruce M. Bender

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DONNA J. ALSTON                            :

        Plaintiff                       :

v.                                         :          Civil No. 07-00122 (ESH)

WASHINGTON METROPOLITAN          :
AREA TRANSIT AUTHORITY

                           :

        Defendant

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion for Extension of Time to Cross

Motion for Summary Judgment and Opposition to Motion for Summary Judgment by

Consent, it is this _____ day of _____, 2008, by the U.S. District

Court for the District of Columbia,

ORDERED: that Plaintiff's Motion is granted and the following deadlines shall be

established in this case:

        a)     Plaintiff's Cross Motion for Summary Judgment and
                Opposition to Motion for Summary Judgment  . . . . . June 12, 2008

        b)     Defendant's Reply and Opposition Brief . . . . . . . . . . June 20, 2008

        c)     Plaintiff's Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . June 27, 2008

_____
Honorable Ellen S. Huvelle