UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONNA J. ALSTON, | ) |
|     Plaintiff, | ) |
| v. | )    CA 07-0122 (ESH) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | ) |
|     Defendant. | ) |

**CONSENT MOTION FOR EXTENSION OF TIME**

COMES NOW, the Defendant Washington Metropolitan Area Transit Authority ("WMATA"), by and through counsel, and moves this Court for entry of an Order amending the deadline for filing its Opposition to the Plaintiff's Motion for Summary Judgment and Reply to Plaintiff's Opposition to the Defendant's Motion for Summary Judgment. By Consent Order the Defendant's pleadings are presently due to be filed on June 20, 2008. The Defendant is requesting an extension to and including June 30, 2008. In order to secure the necessary affidavits and other information to oppose Plaintiff's motion, counsel needs to consult with individuals who are currently on annual leave. In addition, the Plaintiff is now asserting that she did not apply for the receptionist's position when it was posted as vacant, and that her failure to do so was the result of actions by the Defendant in violation of the Rehabilitation Act. As to that position, Plaintiff previously asserted that she had applied, but that the job was awarded to a non-handicapped candidate in violation of the Rehab Act. This recent change in argument requires the development and presentation of additional facts, not previously

contemplated by the Defendant and thus the Defendant requires additional time to prepare and present its defense to that argument.

In accordance with LCvR 7.1(m), Defendant has consulted with Plaintiff's counsel who consents to the relief requested. In response to the requested extension by the Defendant, Plaintiff requests until July 18, 2008 to file her Reply to the Defendant's Opposition to Plaintiff's Motion for Summary Judgment. Counsel are in agreement on these requested dates.

## POINTS AND AUTHORITIES

Fed. R. Civ. P. 6(b)(1) and the inherent power of this court to manage its docket.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
 TRANSIT AUTHORITY

/s/
Kathleen A. Carey # 357990
Assistant General Counsel
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-1496
Kcarey@wmata.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendant's Consent Motion for an Extension of Time  was sent by email to CORLISSV @ ATT this 20th day of June, 2008 to:

Bruce M. Bender
Van Grack, Axelson, Williamowsky,
Bender & Fishman, P.C.
4 01 N. Washington Street
Suite 550
Rockville, MD 20850

Leizer Goldsmith
The Goldsmith Law Firm, LLC
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20004-1109

                        /s/
                        Kathleen A. Carey

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DONNA J. ALSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CA 07-0122 (ESH) |
| | ) |
| WASHINGTON METROPOLITAN AREA | ) |
| TRANSIT AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

_____Upon consideration of Defendant's Consent Motion for Extension of Time and good cause having been demonstrated, it is by the Court this _____ day of _____ 2008;

ORDERED that the Motion for Extension of Time is GRANTED; and it is

FURTHER ORDERED that Defendant shall file its opposition to the Plaintiff's Motion for Summary Judgment and its Reply to the Plaintiff's Opposition to the Defendant's Motion for Summary Judgment on or before June 30, 2008, and it is

FURTHER ORDERED that Plaintiff shall file her Reply to the Defendant's Opposition to the Plaintiff's Motion for Summary Judgment on or before July 18, 2008.

_____
Judge Ellen S. Huvelle
UNITED STATES DISTRICT COURT JUDGE

electronic copy to:
Kathleen A. Carey
Bruce M. Bender
Leizer Goldsmith