**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DONNA J. ALSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CA 07-0122 (ESH) |
| | ) | |
| WASHINGTON METROPOLITAN AREA | ) | |
| TRANSIT AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

**LINE SUBSTITUTING ATTACHMENT #6**
**TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S**
**CROSS-MOTION FOR SUMMARY JUDGMENT**
**AND REPLY TO PLAINTIFF'S OPPOSITION TO**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The Clerk of the Court will please substitute Attachment #6 filed herewith for

the Attachment #6 to the Defendant's Opposition and Reply filed on July 8, 2008.

Respectfully submitted,

**WASHINGTON METROPOLITAN AREA**
 **TRANSIT AUTHORITY**

/s/
Kathleen A. Carey # 357990
Assistant General Counsel
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-1496
Kcarey@wmata.com

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing Defendant's Line of Substitution was sent by email to CORLISSV @ ATT this 9th day of July, 2008 to:

Bruce M. Bender
Van Grack, Axelson, Williamowsky,
Bender & Fishman, P.C.
4 01 N. Washington Street
Suite 550
Rockville, MD 20850

Leizer Goldsmith
The Goldsmith Law Firm, LLC
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20004-1109

                                        /s/
                                        Kathleen A. Carey

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DONNA J. ALSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CA 07-0122 (ESH) |
| | ) |
| WASHINGTON METROPOLITAN AREA | ) |
| TRANSIT AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

## SECOND AFFIDAVIT OF ROSLYN RIKARD

1. I am employed by the Washington Metropolitan Area Transit Authority and have been so employed since 1979, initially as a contract worker and since 1984 as a WMATA employee.

2. Since 1984, I have been employed in the field of human resources at WMATA.

3. From 1984 through 1992, I was employed as a Personnel Assistant and a Personnel Generalist. In each position I evaluated candidates for vacant positions and made hiring recommendations to the Assistant General Manager of WMATA. During my tenure, I was personally responsible for the hiring recommendations for Local 689 vacancies, Authority-wide, and for the hiring recommendations for the Rail Division at WMATA. In 1992 I became a program specialist, still with WMATA.

4. I am familiar with, and personally knowledgeable of, the policies of WMATA regarding hiring of persons for vacant positions.

5. It is the general policy of WMATA to hire the most qualified individual

applicants for vacant positions (including the two positions at issue in this case) consistent with the requirements of applicable law and in accordance with the terms of applicable Collective Bargaining Agreements.

6. I am currently in the position of Employment Program Specialist in Workforce Services. At all relevant times, including the period in which Ms. Alston has been on the Section 124 list of Local 689 employees determined to be medically ineligible for their previous job positions, I have been responsible for compliance with the rights and benefits available to these employees. At any given time in recent years, there have been approximately 100 employees on the Section124 list. Of these 100 employees, approximately 60 are on the list as a result of non-work related injuries or illnesses, and approximately 40 are on the list as a result of work related injuries or illnesses.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON JULY 8, 2008.

*Roslyn Rikard*

Roslyn Rikard
Employment Program Specialist
WMATA