UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | | |
|---|---|---|
| DONNA J. ALSTON | : | |
| | : | |
| Plaintiff | : | Civil Action No.:1:07cv00122(ESH) |
| | : | |
| v. | : | |
| | : | |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | : | |
| | : | |
| Defendant. | : | |

### MOTION TO CONTINUE THE STATUS CONFERENCE DATE

The Defendant, through counsel, pursuant to Fed. R. Civ. P. 6(b)(1), for good cause shown, comes before this Court and requests a continuance of the August 7, 2008 status conference. From August 4, 2008 through August 8, 2008, defense counsel will be out of the area on vacation. Plaintiff's counsel is currently out of the area and will not return until August 6, 2008. However, in conversation with his legal assistant, August 11, 12 and 14, 2008 are available dates on Attorney Bender's calendar and defense counsel's calendar for rescheduling the status conference.

Counsel was unable to speak with Attorney Bender, personally, to secure his consent to the continuance, however, considering the cooperation from his office in

selecting new dates, I am inferring that counsel consents.

        Respectfully submitted,

        WASHINGTON METROPOLITAN AREA
         TRANSIT AUTHORITY

        /s/_____
        Kathleen A. Carey
        Unified Bar No. 357990
        Assistant General Counsel
        600 Fifth Street, N.W.
        Washington, D.C. 20001
        (202) 962-1496
        Attorneys for Defendant WMATA
        Kcarey@wmata.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendant's Motion to Continue the Status Conference was sent by email to CORLISSV @ ATT this 1st day of August, 2008 to:

Bruce M. Bender
Van Grack, Axelson, Williamowsky,
Bender & Fishman, P.C.
4 01 N. Washington Street
Suite 550
Rockville, MD 20850

Leizer Goldsmith
The Goldsmith Law Firm, LLC
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20004-1109

        ____/s/_____
_____Kathleen A. Carey

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| DONNA J. ALSTON : | |
| : | |
| Plaintiff : | Civil Action No.:1:07cv00122(ESH) |
| : | |
| v. : | |
| : | |
| WASHINGTON METROPOLITAN AREA : | |
| TRANSIT AUTHORITY : | |
| : | |
| Defendant. : | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANT'S MOTION TO CONTINUE THE STATUS CONFERENCE

Fed. R. Civ. P. 6(b)(1).

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
 TRANSIT AUTHORITY

/s/
Kathleen A. Carey
Unified Bar No. 357990
Assistant General Counsel
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-1496
Attorneys for Defendant WMATA
Kcarey@wmata.com

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | | |
|---|---|---|
| DONNA J. ALSTON | : | |
| | : | |
| Plaintiff | : | Civil Action No.:1:07cv00122(ESH) |
| | : | |
| v. | : | |
| | : | |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | : | |
| | : | |
| Defendant. | : | |

O R D E R

This matter came before the Court on the Defendant's motion to continue the August 7, 2008, status conference. After considering the motion, the [lack of] opposition thereto and the record in this case, the Court finds and concludes that the motion should be granted.

Therefore, it is this _____ Day of August, 2008

ORDERED that the status conference originally scheduled for August 7, 2008 is cancelled, and it is

FURTHER ORDERED that the status conference is re-scheduled for August __, 2008 at _____ m.

_____
Judge Ellen S. Huvelle

copy to:
Kathleen A. Carey
Bruce P. Heppen
Counsel for WMATA

Bruce Bender
Leizer Goldsmith
Counsel for WMATA