UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONNA J. ALSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-122 (ESH) |
| ) | |
| WASHINGTON METROPOLITAN AREA ) | |
| TRANSIT AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF REFERRAL

Based upon the parties' request that this case be referred for mediation before a United States Magistrate Judge, it is hereby

**ORDERED** this matter is referred to Magistrate Judge Kay for settlement discussions to begin on or about August 20, 2008. On any filing related to settlement discussions, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Judge Kay following the case number in the caption. On any other filings in this case, the parties shall only place the initials of Judge Ellen Segal Huvelle after the case number. The parties are to jointly contact the Magistrate Judge in order to schedule the conference.

**SO ORDERED.**

                                                                                                                                    s/
                                                ELLEN SEGAL HUVELLE
                                                United States District Judge

Date: August 12, 2008