UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DONNA J. ALSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-122(ESH) |
| ) | |
| WASHINGTON METROPOLITAN AREA ) | |
| TRANSIT AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

### PRETRIAL SCHEDULING ORDER

At a status hearing held on August 12, 2008, this action was set for Pretrial Conference on January 30, 2009, at 2:00 p.m. and trial on February 23, 2009. In connection with the Pretrial Conference, it is hereby

**ORDERED** counsel for all parties shall file a Joint Pretrial Statement eleven days prior to the Conference. Counsel are reminded that they are required to follow the provisions of Local Civil Rule 16.5 in preparing their Joint Pretrial Statement. The Joint Pretrial Statement shall contain:

      1.    **Parties and Counsel**: Names, addresses, and telephone numbers of all parties and counsel on whose behalf this statement is filed.

      2.    **Nature of the Case**: Give a brief statement describing the nature of the case, the identities of the parties, and the basis of the Court's jurisdiction. The statement of the case should be sufficiently brief, clear, and non-argumentative to be suitable for reading to the jury.

      3.    **Claims and/or Defenses**: Give a statement of claims setting forth, concisely, each party's claims against any other party (including counter-, cross-, and third-party claims) and the party or parties against whom the claim is made. The statement of defenses shall set forth each defense a party interposes to a claim asserted against it by any other party,

including defenses raised by way of general denial, without regard to which party has the burden of persuasion.

        4.    **Undisputed Issues/Stipulations**:  List all issues not in dispute or facts to which the parties have stipulated.

        5.    **Witness Schedule**:  List the name, address, and telephone number of each witness scheduled to be called by a party, including rebuttal witnesses.  The schedule shall also set forth a brief description of the testimony to be given by the witness, and an estimate of the time necessary for direct examination.  Opinion witnesses shall be designated by an asterisk.  Witnesses called for impeachment purposes only need not be listed.  However, no party may call at trial any witness not listed (except for impeachment purposes) on their pretrial statement.

        6.    **Exhibit List**:   Describe each exhibit to be offered in evidence, with each exhibit identified by number, title, and date (if applicable).  No exhibit will be admitted at trial unless it is listed on the pretrial statement.  **All exhibits listed will be deemed admitted at trial unless a written objection specifying the basis of the objection is made in the joint pretrial statement.  If there are objections to an exhibit in the joint pretrial statement, the exhibit should be produced at the pretrial conference for the Court's review.**

        7.    **Deposition Testimony**:  Identify each deposition or portion thereof (by page and line numbers) the party intends to offer in evidence.  Any cross-designation sought by any other party must be made at or before the final pretrial conference.

        8.    **Relief Sought**:  Set forth separately each element of damages and the monetary amount claimed, including prejudgment interest, punitive damages, and attorneys' fees.  Do not include amounts claimed for intangible damages.  Set forth all other types of relief sought against any party.

        9.    **Pending Motions**:  List all pending motions showing title and filing date.  List any motions to be decided at the commencement of trial.

        10.    **A trial brief** addressing any unusual issues of fact or evidence not already submitted to the Court shall be filed with the pretrial statement.

        11.    **Motion *In Limine***:  One omnibus motion per side of not more than twenty (20) pages raising all issues *in limine* shall be filed with the Court and served on opposing counsel no later than twenty (20) calendar days before the date of the pretrial conference; oppositions of not more than fifteen (15) pages shall be due not later than fifteen (15) calendar days before the pretrial conference.

        12.    **Demonstrative Evidence, Physical Evidence, Videotapes**:  Describe all such items to be offered at trial.  Any objections must be made in the joint pretrial statement.

       **13.**    **<u>Jury Cases</u>**: The following must be submitted with the pretrial statement: (1) a list of requested voir dire questions, showing those agreed upon and not agreed upon; (2) a list of standard instructions showing those agreed upon and not agreed upon; (3) a complete text of non-standard instructions with authorities relied upon; and (4) a verdict form, including any special interrogatories. If a party objects to any portion of a proposed instruction, the objecting party should identify the objectionable portion of the instruction, the basis for the objection, and a proposed alternative instruction. Any objection should include citations to supporting authority. Similarly, if a party objects to the verdict form and/or any special interrogatories, the objecting party should identify the objectionable portion of the form, the basis for the objection and a proposed alternative form. Any non-standard instruction should be submitted on a Word Perfect-formatted diskette.

       **14.**    **<u>Non-Jury Cases</u>**: Submit detailed proposed findings of fact and conclusions of law with supporting authorities. These should be submitted on a Word Perfect-formatted diskette.

       **15.**    **<u>Estimated Length of Trial</u>**: List number of days and any scheduling problems with witnesses.

       **16.**    **<u>Settlement</u>**: A statement regarding the status of the parties' efforts to settle this case.

       **17.**    **<u>Miscellaneous Matters</u>**: The following should be included after the signatures of counsel:

> *The foregoing Joint Pretrial Statement, as revised at*
> *the pretrial conference in the presence of counsel,*
> *shall stand as the pretrial order in this case.*

                                        /s/
                             ELLEN SEGAL HUVELLE
                             United States District Judge

Date: August 12, 2008