REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: TYPE-L

| CAUSE OF ACTION: | 42:12188 Americans With Disabilities Act | | | |
|---|---|---|---|---|
| CASE NO: <br> CA 07-122 | DATE REFERRED: <br> 8/12/08 <br><br> DISPOSITION DATE: | PURPOSE: <br> Settlement | JUDGE: <br> Ellen Segal Huvelle | MAG. JUDGE <br> Alan Kay |
| PLAINTIFF(S): <br> Donna J. Alston | | | DEFENDANT(S): <br> Washington Metropolitan Area Transit Authortiy | |

ENTRIES: