UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DONNA J. ALSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0122 (ESH) |
| ) | |
| WASHINGTON METROPOLITAN AREA ) | |
| TRANSIT AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

It is hereby

**ORDERED** that the Memorandum Opinion dated July 31, 2008, [Dkt. #25] is

**AMENDED** by removing footnote 2. An Amended Memorandum Opinion accompanies this

Order.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE:   August 12, 2008